AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  Central District of California  on the following  ☐ Patents or  ☒ Trademarks:

| DOCKET NO.<br>CV11-03387 | DATE FILED | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>BASKIN-ROBBINS FRANCHISED SHOPS LLC;<br>BASKIN-ROBBINS FRANCHISING LLC; BR IP<br>HOLDER LLC; and DB REAL ESTATE ASSETS<br>I LLC | | DEFENDANT<br>SWEET BLESSINGS CORP., a California<br>corporation; and DOUGLAS HAW, an<br>individual |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | Please see Attachment to Form AO 120 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

AO-120

## ATTACHMENT TO FORM AO 120
## REPORT ON THE FILING OR DETERMINATION
## OF AN ACTION REGARDING A PATENT OR TRADEMARK

| Patent or Trademark No. | Date of Patent or Trademark | Holder of Patent or Trademark |
|---|---|---|
| 1185045 | January 5, 1982 | BR IP Holder LLC |
| 1783116 | July 20, 1993 | BR IP Holder LLC |
| 0796902 | September 28, 1965 | BR IP Holder LLC |
| 0710670 | January 31, 1961 | BR IP Holder LLC |
| 1228930 | March 1, 1983 | BR IP Holder LLC |
| 1761925 | March 30, 1993 | BR IP Holder LLC |
| 1227721 | February 15, 1983 | BR IP Holder LLC |
| 2282002 | September 28, 1999 | BR IP Holder LLC |
| 1807776 | November 30, 1993 | BR IP Holder LLC |
| 1835784 | May 10, 1994 | BR IP Holder LLC |