Judith B. Gitterman, Bar No. 115661
Gabriel Liao, Bar No. 205897
Vilma Palma-Solana, Bar No. 267992
**PERKINS COIE LLP**
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Plaintiffs Baskin-Robbins Franchised Shops LLC; Baskin-Robbins Franchising LLC; BR IP Holder LLC; and DB Real Estate Assets I LLC

FILED: 10-18-2011

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC, a Delaware limited liability company; BASKIN-ROBBINS FRANCHISING LLC, a Delaware limited liability company; BR IP HOLDER LLC, a Delaware limited liability company; and DB REAL ESTATE ASSETS I LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SWEET BLESSINGS CORP., a California corporation; and DOUGLAS HAW, an individual,<br><br>    Defendants. | Case No. CV 11-03387-GHK(PJWx)<br><br>[PROPOSED] PERMANENT INJUNCTION ORDER<br><br>Date:   October 17, 2011<br>Time:  9:30 a.m.<br>Ctrm:  650<br>Judge: Hon. George H. King |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that:

1. Defendants Sweet Blessings Corp. and Douglas Haw (collectively, "Defendants"), and each of their employees, agents, representatives, attorneys, accountants, and other persons associated, in concert or participation with them are hereby permanently enjoined from holding themselves out as franchisees of Baskin-Robbins, and shall not, directly or indirectly, represent to the public or hold themselves out as present ~~or former franchisees~~ of Baskin-Robbins;

2. Defendants are hereby permanently enjoined from using, in advertising or in any other manner whatsoever, and from disclosing, revealing, or publishing, any feature or method associated with Baskin-Robbins' specially designed buildings, equipment, accessories, identification schemes, products, management programs, standards, specifications and proprietary marks, all known as the Baskin-Robbins System, any name or mark containing the designation "Baskin-Robbins", any names or marks registered by Baskin-Robbins (collectively, "Baskin-Robbins Marks") and any other trade secrets, confidential information, operating manuals, slogans, trade dress, signs, symbols or devices which are part of the Baskin-Robbins System;

3. Defendants are hereby permanently enjoined from possessing and shall immediately return to Baskin-Robbins all operating manuals, plans, specifications, and other materials in Defendants' possession containing information prepared by Baskin-Robbins, and all copies thereof, and shall retain no copy or record of any of the foregoing, except Defendants' copy of the Franchise Agreements, any correspondence between the parties, and any other documents which Defendants reasonably need for compliance with any provision of law;

4. Defendants are hereby permanently enjoined from displaying at the premises of the stores located at 5884 The Old Road, Stevenson Ranch, California; 18827 Soledad Canyon Road, Canyon Country, California; and at 23432 Lyons

Avenue, Newhall, California (the "Stores") or at any other location, and on any equipment, interior signs, trade fixtures, furnishings and other personal property any of the Baskin-Robbins Marks or other indicia of Baskin-Robbins. Furthermore, Defendants shall disconnect, withdraw and/or terminate any telephone listings and/or fictitious name registration containing any part of the Baskin-Robbins Marks, at Defendants' expense and in a manner satisfactory to Baskin-Robbins. Upon Baskin-Robbins' written demand, however, Defendants shall assign to Baskin-Robbins any telephone number used in the operation of the Stores if such number is listed in the directory using any of the Baskin-Robbins Marks;

5.  Defendants are hereby permanently enjoined from possessing and shall immediately destroy or surrender to Baskin-Robbins all signs, stationery, forms, printed matter, advertising, and paper goods containing the Baskin-Robbins Marks and any name or mark containing the designation "Baskin-Robbins" and every other deceptively similar name and mark, or any other designation indicating or intending to indicate that they are an authorized Baskin-Robbins franchisee;

6.  Defendants shall make such modifications or alterations to the Stores' premises as may be necessary to distinguish the appearance of the premises from that of units in the Baskin-Robbins System, at Defendants' expense and in a manner satisfactory to Baskin-Robbins;

7.  Defendants are hereby permanently enjoined from using, in connection with any business or the promotion thereof, any reproduction, counterfeit, copy or colorable imitation of any of Baskin-Robbins Marks or trade dress; and Defendants shall not utilize any designation of origin or description or representation which falsely suggests or represents any association or connection with Baskin-Robbins.

/ / /
/ / /
/ / /

8. Defendants shall have fourteen (14) days from service of this Order to comply with each and every one of the terms set forth herein.

DATED: October 18, 2011

_____
Hon. George H. King
United States District Court Judge

Submitted by:

PERKINS COIE LLP

By /s/ Gabriel Liao
   Gabriel Liao,
   Attorneys for Plaintiffs Baskin-Robbins
    Franchised Shops LLC; Baskin-Robbins
    Franchising LLC; BR IP Holder LLC;
    and DB Real Estate Assets I LLC

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park East, Suite 1700, Los Angeles, California 90067-1721. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 31, 2011, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**[PROPOSED] PERMANENT INJUNCTION ORDER**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Sweet Blessing Corp.<br> c/o Douglas Haw<br> agent for service of process<br>25884 The Old Road<br>Santa Clarita, CA 91381 | Douglas Haw<br>25884 The Old Road<br>Santa Clarita, CA 91381 |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 31, 2011, at Los Angeles, California.

Sharon Jones